[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 07 2000
THOMAS K. KAHN
CLERK

_____

No. 97-2428

_____

D. C. Docket No. 96-00865-CIV-ORL-19

ROSARIO DONATO,

Plaintiff-Appellant,

versus

AMERICAN TELEPHONE AND TELEGRAPH COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(March 7, 2000)**

Before ANDERSON, Chief Judge, BLACK, Circuit Judge, and HOEVELER\*, Senior
District Judge.\*\*

PER CURIAM:

_____

\*Honorable William M. Hoeveler, Senior U.S. District Judge for the Southern District of
Florida, sitting by designation.

\*\*Chief Judge R. Lanier Anderson, III, did not participate in this decision. This decision
is rendered by a quorum. 28 U.S.C. § 46(d).

We affirm the district court's dismissal of Appellant's complaint on the basis of the opinion rendered by the Supreme Court of Florida, *Donato v. AT& T Co.*, No. SC93534 (Fla. Jan. 20, 2000).

AFFIRMED.